# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

152855(19)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 152855
                                       COA: 327980
THEODORE WILLIAMS,                    Wayne CC: 98-004724-FC
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 6, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



                         Clerk

p1121